WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, OR 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

FILED'06 SEP 05 12:30USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**CHRIS HAYMOND,**

  Plaintiff,

vs.

**COMMISSIONER of Social Security,**

  Defendant.

CV 05-69-KI

ORDER

    A supplemental award of attorney fees in the amount of $900.00 is hereby granted to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The check shall be sent to Tim Wilborn's address, above.

    DATED this _5_ day of _Feb._, 2006.

_____
United States District Judge

Submitted by:
/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1